**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jaime Aldos Leonardo,<br><br>    Petitioner,<br><br>v.<br><br>Phillip Crawford,<br><br>    Respondent. | No. CV-07-545-PHX-SMM<br><br>**ORDER** |

Before the Court are Petitioner's Motion for Leave to Appeal In Forma Pauperis (Dkt. 23), and Petitioner's Motion for Appointment of Pro Bono Counsel (Dkt. 25). Each of these motions pertain to Petitioner's appeal, and should be raised in the Ninth Circuit. Petitioner's action before this Court has been dismissed and terminated. (Dkts. 20, 21.) Accordingly,

**IT IS HEREBY ORDERED** directing the Clerk of the Court to forward copies of Petitioner's Motion for Leave to Appeal In Forma Pauperis (Dkt. 23) and Petitioner's Motion for Appointment of Pro Bono Counsel (Dkt. 25) to the Ninth Circuit Court of Appeals.

//

//

//

1  **IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate
2  Petitioner's motions (Dkts. 23, 25) on the Court's docket report in the above-captioned
3  matter.

4  DATED this 28th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge